```
                FILED
          U.S. DISTRICT COURT
        EASTERN DISTRICT OF LA.

          23 FEB -2  P 2: 35

          CAROL L. MICHEL    meb
                CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FELONY**

INDICTMENT FOR
<u>THEFT OF GOVERNMENT FUNDS</u>

**23-00020**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** |
| v. | * | **SECTION:**  **SECT.B MAG.2** |
| **DEDRA BRIGHT** | * | **VIOLATION: 18 U.S.C. § 641** |

\*   \*   \*

The Grand Jury charges that:

<u>COUNT 1</u>

Beginning on or about November 1, 2008, through on or about November 30, 2020, in the Eastern District of Louisiana and elsewhere, the defendant, **DEDRA BRIGHT**, did knowingly embezzle, steal, purloin, and convert to her use, money belonging to the United States and a department and agency thereof, namely, money of the Social Security Administration and the Internal Revenue Service, to which she knew she was not entitled, when she utilized approximately $194,127.80 in Social Security Administration and Coronavirus Aid, Relief, and Economic Security Act ("CARES ACT") funds, in violation of Title 18, United States Code, Section 641.

```
___Fee___USA_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____
```

## NOTICE OF FORFEITURE

1. The allegation of Count 1 of this Indictment is incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **DEDRA BRIGHT**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to said offense.

3. If any of the above-described property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.



DUANE A. EVANS
UNITED STATES ATTORNEY

NICHOLAS MOSES
BRIAN M. KLEBBA
Assistant United States Attorneys

New Orleans, Louisiana
February 2, 2023

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern _District of_ Louisiana

Criminal _Division_

## THE UNITED STATES OF AMERICA

vs.

**DEDRA BRIGHT**

# INDICTMENT

### INDICTMENT FOR THEFT OF GOVERNMENT FUNDS

**VIOLATION:** 18 U.S.C. § 641

Filed in open court this _____ day of _____ A.D. 2023.

_____
Clerk

Bail, $ _____

_____
NICHOLAS MOSES
BRIAN M. KLEBBA
Assistant United States Attorneys